■ M. BARNETT GILLMAN et al., v. TENTH DISTRICT DENTAL SOCIETY OF STATE OF NEW YORK.— Motion to dismiss appeal granted, with $10 costs, unless appellants procure the record on appeal and appellants' points to be served and filed on or before May 12, 1960, with notice of argument for May 24, 1960, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of HERBERT EDELMAN, as President, etc. against LEONA BAUMGARTNER, as Commissioner of Health, et al.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of GEORGE B. EDGAR et al. against ROBERT E. HERMAN, as State Rent Administrator, et al.— Motion for stay granted and the stay contained in the order to show cause, dated March 4, 1960, is continued pending the hearing and determination of the appeal on the same terms and conditions as contained in the order to show cause. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ JEROME J. COIN v. ABRAHAM LEKENKOFF.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 14, 1960, with notice of argument for April 26, 1960, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of the Arbitration between L. A. SLESINGER, INCORPORATED, and CALVINE MILLS, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before April 26, 1960, with notice of argument for the June 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ SHEDNEY ROBINSON v. NEW YORK CENTRAL RAILROAD COMPANY.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 26, 1960, with notice of argument for the June 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ FUN FAIR PARK, INC., et al. v. FRANCES URSINI et al.— Motion by Gabor Holding Corp. to dismiss appeal denied, without prejudice to a renewal of the motion on the argument of the appeal. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ FUN FAIR PARK, INC., et al. v. GABOR HOLDING CORP. et al.— Motion by Charles Gottlieb and Harold Schiff to dismiss appeal denied, without prejudice to a renewal of the motion on the argument of the appeal. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ J. & H. STOLOW, a Copartnership, et al. v. SCOTT PUBLICATIONS, INC., et al.— Motion for stay granted on condition that the appeal is argued or submitted on April 12, 1960. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ GERALD BELFERT v. PEOPLES PLANNING CORPORATION OF AMERICA.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 26, 1960, with notice of argument for the June 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ LOUIS MAZZELLA, Individually, and as Assignee of JESSIE MAZZELLA v. AMERICAN HOME CONSTRUCTION COMPANY, INC.— Motion for stay granted and the stay contained in the order to show cause, dated March 14, 1960, is